AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JOVAN ROBINSON<br>also known as Javon Robinson<br>DOB: xx/xx/xxxx; PDID: xxx-xxx | ) ) ) ) ) |
| *Defendant(s)* | |

Case: 1:21-mj-00414
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/4/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) | unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

MICHAEL BAUKNIGHT, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 05/04/2021

*Judge's signature*

City and state: WASHINGTON, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*